IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE MAURICE MARTIN,	No. C 12-0460 CW (PR)

    Petitioner,	JUDGMENT

  v.

DOMINGO URIBE, JR., Warden,

    Respondent.
_____/

For the reasons discussed in the Court's Order of today's date, judgment is hereby entered dismissing the petition for a writ of habeas corpus without prejudice.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 10/3/2012

CLAUDIA WILKEN
United States District Judge